**FILED**
**JN NOV 17 2005**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED NOV 17 2005**
**MAGISTRATE JUDGE JEFFREY COLE**
**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. _____ |
| ) | |
| v. ) | Violation: Title 8, United States |
| ) | Code, Sections 1326 (a)(2) and |
| DAVID CAMPOS-AREVALOS ) | (b)(1) |

**05CR 941**
**JUDGE SHADUR**
**MAGISTRATE JUDGE KEYS**

The SPECIAL MAY 2004 GRAND JURY charges:

On or about November 3, 2005, at Blue Island, in the Northern District of Illinois, Eastern Division,

DAVID CAMPOS-AREVALOS

defendant herein, an alien who had been previously deported and removed from the United States in or about August 2003, which deportation was subsequent to a conviction for a felony, was present and found in the United States without previously obtaining the express consent of the Secretary of the Department of Homeland Security for reapplication by the defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a)(2) and (b)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA

vs.

DAVID CAMPOS-AREVALOS

**INDICTMENT**

Violation(s):  Title 8, United States Code, Sections 1326(a)(2) and (b)(1)

A true bill,

_Bowlla_
Foreman

Filed in open court this 17th day of November A.D. 2003

Michael W. Dobbins
Clerk

B. Bowla, Deputy Clerk

Bail, $